**919 BARNES vs. CIRCUIT JUDGE (Kent), No. 13754, 97 M., 212.**

To compel respondent to vacate an order granting a rehearing in a chancery case, in which the decree was entered April 1, 1892, but no enrollment had been had.

Denied October 24, 1893, with costs.

See Stockley vs. Stockley, 93 M., 307.